# EXHIBIT A

**Margaret Phan**

**From:** Brian Bromberg
**Sent:** Thursday, August 28, 2008 11:01 AM
**To:** Margaret Phan; Lou Peltzer
**Cc:** George Fedrizzi
**Subject:** FW: Sun Telecom South Philly

Here is the only communication to SunTelecom regarding Jeff we were able to dig up - it appears to be benign. Since Melissa managed the door, she will also scrub her emails.

B.

**metro**

**From:** George Fedrizzi
**Sent:** Wednesday, July 23, 2008 4:09 PM
**To:** charlie.paik@gmail.com; Charliepaik@verizon.net
**Subject:** Sun Telecom South Philly

Charlie,

I just wanted to bring you up to speed on an issue with your Manager at the South Philadelphia Store, on 1226 South Broad St, Philadelphia, PA. His name is Jeff Levion, not sure if the last name is correct, but he has had a very poor attitude about MetroPCS, and selling our services. My ASR has witnessed him complaining to customers about our product. The other major issue is he is hounding my ASR, Melissa Fail, to go to dinner with him. She has been nice and refused his advances, but he continues to bother her. He needs to discontinue this behavior.

Can you please address this issue, and understand why he is so down on MetroPCS. It has been less then a month, but appears he does not want to carry our product.

I will give you call to follow up, thanks in advance.

Thanks

George Fedrizzi
Metro PCS
Indirect Account Manager
Office # 215-619-9404
PCS # 610-504-7952
Fax # 215-619-9304