UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY B. LEIBOVITZ | : |
| vs. | : No. 09-CV-2078 (NS) |
| INEX WIRELESS, INC. t/a | : JURY TRIAL DEMANDED |
| METRO PCS | : |
| and | : |
| METROPCS PENNSYLVANIA, LLC | : |
| t/a MetroPCS | : |

## ORDER

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this 2nd day of September 2010, upon consideration of Plaintiff's Motion for Entry of Judgment, and Defendant's Response thereto, it is hereby ORDERED AND DECREED that Plaintiff's Motion is GRANTED.

A JUDGMENT in the amount of $ 39,000.00 is hereby entered in favor of Plaintiff Jeffrey B. Liebovitz and against Defendant Inex Wireless, Inc.

BY THE COURT:

_____
J.